1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      TIMOTHY BERTRAM,                          Case No. 2:21-cv-00231-JDP (PC)

12                      Petitioner,               ORDER TRANSFERRING CASE TO THE
                                                  UNITED STATES DISTRICT COURT FOR
13              v.                                THE CENTRAL DISTRICT OF CALIFORNIA

14      GISELLE MATTESON,

15                      Respondent.

16

17

18              Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas

19      corpus pursuant to 28 U.S.C. § 2254.  Petitioner is incarcerated at California State Prison Solano,

20      which lies in this district.  However, his petition challenges a conviction imposed by the Los

21      Angeles County Superior Court, which lies in the United States District Court for Central District

22      of California.  While both this court and the United States District Court in the district where

23      petitioner was convicted have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S.

24      484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's

25      application are more readily available in the county of conviction, *see id.* at 499 n.15; 28 U.S.C.

26      § 2241(d).

27              Accordingly, in the furtherance of justice, it is hereby ORDERED that this matter is

28      transferred to the United States District Court for the Central District of California.

                                                    1

IT IS SO ORDERED.

Dated:   February 8, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE